# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 15-CR-15 |
| v. | (JUDGE CAPUTO) |
| TYRONE GREENE, | |
| Defendant. | |

## ORDER

**NOW**, this 18th day of May, 2017, **IT IS HEREBY ORDERED** that:

(1) Defendant's "Motion to Suppress Stop of Vehicle" (Doc. 75) is **DENIED**;

(2) Defendant's "Motion to Suppress Seizure of Defendant" (Doc. 77) is **DENIED**; and

(3) Defendant's "Motion to Suppress Statements of Defendant" (Doc. 79) is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge